294 So.2d 170

**In re Oland Howard GAVIN**

**v.**

**STATE.**
**Ex parte Oland Howard Gavin.**

**SC 802.**

Supreme Court of Alabama.

May 2, 1974.

James M. Prestwood, Andalusia, for petitioner.

No brief for the State.

COLEMAN, Justice.

Petition of Oland Howard Gavin for Certiorari to the Court of *Criminal* Appeals to review and revise the judgment and decision of that Court in Gavin v. State, 52 Ala.App. 469, 294 So.2d 169.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, McCALL and JONES, JJ., concur.

■

292 So.2d 662

**In re Ruby GRANT**

**v.**

**J. M. GRANT.**
**Ex parte Ruby Grant.**

**SC 670.**

Supreme Court of Alabama.

April 4, 1974.

Alice L. Anderson, Enterprise, for petitioner.

No brief for respondent.

JONES, Justice.

Petition of Ruby Grant for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Grant v. Grant, 52 Ala.App. 365, 292 So.2d 660.

Writ denied.

HEFLIN, C. J., and COLEMAN, BLOODWORTH, and McCALL, JJ., concur.